UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

DAVID S. MAURER                                    CIVIL ACTION

VERSUS

TOWN OF INDEPENDENCE,
LOUISIANA

## COMPLAINT

### JURISDICTION AND VENUE

1.

This Court has jurisdiction pursuant to 29 USC § 216(b) because it is a demand for unpaid overtime wages, liquidated damages and attorney's fees. This court has pendent jurisdiction of the state law claim which arises from the same facts supporting the federal cause of action pursuant to 28 USC § 1367.

## PARTIES

2.

Plaintiff is a citizen of the United States and a resident of Tangipahoa Parish. Plaintiff was employed by the defendant at all times relevant to the allegations made in this complaint at defendant's business location in this District.

3.

Defendant **TOWN OF INDEPENDENCE, LOUISIANA**, is a political subdivision of the State of Louisiana and is located in this district.

4.

All necessary conditions precedent to filing the suit have been fulfilled.

## FACTS

5.

Plaintiff was first employed by the defendant in the capacity of firefighter on or about October 16, 2011.

6.

During plaintiff's employment, some of plaintiff's workweeks comprised of more than forty hours of work. Pursuant to a policy of defendant, plaintiff was compensated for overtime hours through a policy of compensatory time.

7.

On or about January 1, 2013, the defendant's Fire Department merged with the Independence Volunteer Fire Department, Inc.("IVFD") The effect of the merger was that plaintiff's employment with the defendant was terminated and plaintiff immediately became an employee of IVFD.

8.

At the time plaintiff's employment with defendant terminated, plaintiff was owed compensatory time for overtime hours previously worked while employed by defendant.

9.

Plaintiff made written demand for payment of unpaid overtime hours.

10.

Defendant has refused to pay overtime and has refused to tender any portion of the amount of overtime owed.

## FIRST CAUSE OF ACTION
## FAIR LABOR STANDARDS ACT VIOLATION

11.

Defendant willfully violated the Fair Labor Standards Act by failing or refusing to pay plaintiff at the rate of time and one-half for all hours overtime hours plaintiff worked at the time plaintiff's employment was terminated.

12.

Defendant is liable for unpaid overtime wages, a like amount as liquidated damages, reasonable attorney fees and costs of court.

## SECOND CAUSE OF ACTION
## LSA-RS 23:631 ACT VIOLATION

13.

Plaintiff made written demand for payment of unpaid wages.

14.

Defendant failed to tender the undisputed portion of the sums owed.

15.

Defendant failed to furnish an explanation for its failure to tender a payment following written demand.

16.

Defendant is liable to plaintiff for unpaid wages, a reasonable attorney's fee and court costs, and is also liable for the statutory penalty of ninety days wages.

## DEMAND FOR JUDGMENT

**WHEREFORE PLAINTIFF PRAYS that this court:**

(1) Order the defendant to pay plaintiff for all overtime hours worked for which plaintiff has not been paid;

(2) Order the defendant to pay plaintiff liquidated damages in an amount equal to unpaid overtime wages owed**;**

(3) Order the defendant to pay a penalty of up to ninety days' wages;

(4) Order the defendant to pay plaintiff's costs and expenses and reasonable attorneys' fees as provided by law;

(5) Award pre-judgment interest as provided by law;

(6) Grant such other and further relief to the plaintiff as the Court deems just and proper.

HOGAN & HOGAN

*Thomas J. Hogan, Jr.*
_____
THOMAS J. HOGAN, JR., T.A.
Bar Roll No. 6908
P. O. Box 1274
Hammond, LA 70404
(985)542-7730
thogan48@bellsouth.net
Attorney for Plaintiff

**PLAINTIFF WILL REQUEST DEFENDANT WAIVE SUMMONS**