MINUTE ENTRY
NORTH, M.J.
NOVEMBER 5, 2014

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DAVID S. MAURER | CIVIL ACTION |
| VERSUS | NUMBER: 13-5450<br>c/w 13-5910 |
| TOWN OF INDEPENDENCE<br>LOUISIANA, <u>ET</u> <u>AL</u>. | SECTION: "R"(5) |

### HEARING ON MOTION

COURT REPORTER:  Arlene Mohaved

APPEARANCES:     Tom Hogan, Glen Galbraith, Rachel Kellogg

MOTION:

(1)   Plaintiff's Motion for Leave of Court to File Second Amended Complaint (Rec. doc. 80).

_____ :   Continued to

_____ :   No opposition

  1   :   Opposition

### ORDERED

_____ :   Dismissed as moot.

_____ :   Dismissed for failure of counsel to appear.

_____ :   Granted.

  1   :   Denied in light of the various motions that are pending before the District Judge (Rec. docs. 43, 44, 75) and Plaintiffs' failure to provide any argument or citation to authority why the amendment should be allowed under the present circumstances..

_____ :   Other.

_____
MICHAEL B. NORTH

MJSTAR(00:15)

UNITED STATES MAGISTRATE JUDGE